UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
UNITED STATES OF AMERICA        :
                                :
  v.                            : CASE NO. 3:99CR91(DJS)
                                :
ALPHONSO DIXON,                 :
JOHHNY LEE ROUNTREE,            :
LEE MARVIN BENTON,              :
TYRESE TREMONT PHILLIPS,        :
CLINTON EDWARDS,                :
GARY HARRIS, and                :
MATTIE DIXON
```

TRANSFER ORDER

In the interest of justice, the above captioned case is hereby transferred to the Honorable Janet Bond Arterton, United States District Judge. All further pleadings or documents in this matter should be filed with the Clerk's Office in New Haven, Connecticut and bear the docket number 3:99CR91 (JBA). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

It is so **ORDERED**.

Dated at Hartford, Connecticut this 26th day of July 2007.

/s/ DJS
Dominic J. Squatrito
U.S. District Judge